```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOCAL 210 PENSION FUND,                                    :
                                                           :
                                        Plaintiff,         :
                                                           :         1:19-cv-5801-GHW
                          -against-                        :
                                                           :         ORDER
S&S SOAP CO., INC., WORBES                                 :
CORPORATION, and ABC COMPANIES 1-10 all                    :
other trades or businesses under common control            :
with S&S Soap Co., Inc. and Worbes Corporation,            :
                                                           :
                                        Defendants.        :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

   During the hearing held on September 20, 2019, the Court directed Plaintiff that if it intended to seek pre-judgment interest on Defendants' alleged withdrawal liability and delinquent contributions as part of its damages in this action, it should provide the Court with the calculations supporting its requested interest amounts. The Court has reviewed the calculations provided by Plaintiff in support of its request for pre-judgment interest on Defendants' delinquent contributions. Affidavit of Ira Sturm, Dkt. No. 35, Ex. H. Those calculations do not allow the Court to evaluate Plaintiff's requested interest amount because they do not include, for example, the date on which interest began to accrue or the interest rate which applied during specific periods of time. If Plaintiff still intends to seek pre-judgment interest on Defendants' delinquent contributions, it should submit updated calculations in support of its requested amount to the Court by no later than November 29, 2019.

Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service.

SO ORDERED.

Dated: November 27, 2019
      New York, New York

_____
GREGORY H. WOODS
United States District Judge